# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

**HONORABLE GUSTAVO A. GELPI**              **DATE:   November 3, 2014**
**COURTROOM DEPUTY:  Ada Lopez**          **CR. NO. 12-00778 (GAG)**
**COURT REPORTER: Evilys Carrion**
**COURT INTERPRETER: Sonia Crescioni**
**USPO: Deni Rodriguez**
==================================================================

USA                                              Attorneys:    SAUSA Amanda Soto
v.

ISMAEL REYES-RIVAS                                        Giovanni Canino-Sanchez
==================================================================

**CASE CALLED FOR SENTENCE**
Defendant was present in court, U/C and assisted by the official court interpreter.

No objections to PSR.  Testimony of Dr. Arlene Rivera-Mas heard on behalf of the Defense. Cross-examination. Defense counsel's arguments heard in regards to mitigating factors and defendant's mental health history. Defendant's allocution heard.

After hearing the parties:

**IT IS THE JUDGMENT OF THE COURT <u>as to Count 1.</u>**
**IMPRISONMENT IMPOSED: <u>Probation of 5 years</u>**

The defendant's mental health and needs for treatment warranted a downward departure.

**ADDITIONAL CONDITIONS OF PROBATION IMPOSED:**

-       Transitional Housing until BOP approves Residential Re-Entry Center
        placement.
-       6 months of Residential Re-Entry Center
-       6 months of Home Detention afterwards, subject to Court's modification.
-       Mental health treatment with medication.
-       Transitional services including MRT and CBT.

Fine: N/A      Restitution: N/A.    Special monetary assessment: $100.00.
Defendant waived his right to appeal. Any remaining counts were dismissed.


*s/ Ada Lopez*

Ada Lopez
Courtroom Deputy Clerk

Time Set:      9:00am
Time held:   10:03am
Time ended: 11:40am